# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 9, 2014

### NO. 03-13-00063-CV

**Texas Department of State Health Services; and Kyle Janek, in his Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, Appellants**

**v.**

**Marcela Balquinta; Planned Parenthood of Greater Texas Family Planning and Preventative Health Services, Inc.; Planned Parenthood Association of Hidalgo County Texas, Inc.; Planned Parenthood Association of Lubbock, Inc.; Planned Parenthood Association of Cameron and Willacy Counties; Family Planning Associates of San Antonio; Planned Parenthood Gulf Coast, Inc.; and Planned Parenthood of West Texas, Inc., Appellees**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on January 11, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses in part the district court's order denying appellants' plea to the jurisdiction and renders judgment dismissing appellees' UDJA claims without prejudice to refiling. However, as to all of the appellees' other claims, we conclude that the district court possesses subject-matter jurisdiction to adjudicate them. Accordingly, to that extent, we affirm its order denying appellants' plea. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.